# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DEANNA MESSERSCHMIDT,                                    **Civil File No. 10-CV-2311**

    Plaintiff,

vs.                                                                          **NOTICE OF DISMISSAL**
                                                                                        **WITH PREJUDICE**

EXECUTIVE FINANCIAL CONSULTANTS, INC.,

    Defendant.

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                Respectfully submitted,

Dated: July 22, 2010                     /s/ J. Mark Meinhardt
                                                J. Mark Meinhardt KS # 20245
                                                4707 College Blvd, Suite 100
                                                Leawood, KS 66211
                                                (913) 451-9797 (Telephone)
                                                (913) 451-6163 (Facsimile)
                                                meinhardtlaw@sbcglobal.net

                                                **ATTORNEY FOR PLAINTIFF**